Green v Evergreen Family L.P. (2023 NY Slip Op 01456)

Green v Evergreen Family L.P.

2023 NY Slip Op 01456

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, BANNISTER, AND OGDEN, JJ. (Filed Mar. 17, 2023.) 

MOTION NO. (749/22) CA 21-01817.

[*1]BRADFORD GREEN, PLAINTIFF-RESPONDENT-APPELLANT, 
v
EVERGREEN FAMILY LIMITED PARTNERSHIP, EVERGREEN II FAMILY LIMITED PARTNERSHIP, EVERGREEN FAMILY LIMITED PARTNERSHIP, DOING BUSINESS AS PRECISION WASH, AND JAMES DONEGAN FAMILY TRUST, DEFENDANTS-APPELLANTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.